IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02439-AP

AUGUSTINE J. CORONA,

       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN

**1.**       **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
FAX: (719) 543-8403
seckarlaw@mindspring.com

For Defendant:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

KRISTI J. DENNEY
Special Assistant U. S. Attorney
1961 Stout Street, Suite 1001A
Denver, CO 80294
Telephone: (303) 844-7182
Facsimile: (303) 844-0770
kristi.denney@ssa.gov

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: <u>October 15, 2009</u>
    B.    Date Complaint Was Served on U.S. Attorney's Office: <u>November 6, 2009</u>
    C.    Date Answer and Administrative Record Were Filed:<u> January 11, 2010</u>

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

At this time, the parties do not know of any additional evidence they intend to submit.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.    OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.    PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**        <u>March 8, 2010  </u>

    B.    **Defendant's Response Brief Due:**    <u>April 13, 2010  </u>

    C.    **Plaintiff's Reply Brief (If Any) Due:** <u>April 28, 2010  </u>

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:  <u>Plaintiff does not request oral argument</u>.

    B.    Defendant's Statement:  <u>Defendant does not request oral argument.</u>

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.    ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.    ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.   OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR 7.1(A) by conferring, or making reasonable, good faith efforts to confer, with opposing counsel or *pro se* party before filing the motion.

**12.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of February, 2010.

                        BY THE COURT:

                        *s/John L. Kane*
                        U.S. DISTRICT COURT JUDGE

APPROVED:

<u>For Plaintiff</u>:

**s/ Michael W. Seckar** (with permission)
Michael W. Seckar, No. 12011
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
FAX: (719) 543-8403
E-mail: seckarlaw@mindspring.com

<u>For Defendant</u>:

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado


By:     **s/ Kristi J. Denney**
        Kristi J. Denney
        Special Assistant United States Attorney
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-7182
        (303) 844-0770 (facsimile)
        kristi.denney@ssa.gov